UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  16-01342 |
| Raymond L. Cooks | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER ON MOTION TO OBTAIN/INCUR DEBT**

THIS CAUSE COMING ON TO BE HEARD on the Motion of the Debtor, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED: The Debtor is permitted to incur the mortgage debt, with financing through Wintrust Mortgage, with the following terms:

Property address: 3854 Dynasty Lane, Rockford, IL 61114
Loan amount: $172,900.00
Loan rate: 5.25%
Loan term: 30 years

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  August 08, 2018

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600